### GILSTRAP et al. v. STANDARD OIL CO. et al. (two cases).
### Nos. 9158, 9200.

Circuit Court of Appeals, Ninth Circuit.
Jan. 6, 1940.

Rehearing Denied March 13, 1940.

N. Lindsay South, of Fresno, Cal., and R. C. W. Friday, of Los Angeles, Cal., for appellants in No. 9158.

R. C. W. Friday, of Los Angeles, Cal., for appellant in No. 9200.

Walter Bowers, of Los Angeles, Cal., for appellee Donald A. Pearce.

Andrews & Kline, and Mortimer Kline, all of Los Angeles, Cal., for appellee W. N. Brower, J. A. Brower and E. F. Keller.

Grove J. Fink, of San Francisco, Cal., for appellee Hearst Publications, Inc.

Robinson, Price & Macdonald, of Oakland, Cal., for appellee Tribune Pub. Co.

Percy E. Towne, of San Francisco, Cal., for appellee Chronicle Pub. Co.

Frank M. Carr, of Oakland, Cal., in pro. per.

James H. Oakley, of San Francisco, Cal., for appellees Warren, Brandon, Driver, Berry, Perkins, Radbruch, Van Patten and Garbini.

F. Bert Fernhoff and John W. Collier, both of Oakland, Cal., for appellee Robt. P. Tracy.

Felix T. Smith, Norbert Korte, and Francis R. Kirkham, all of San Francisco, Cal. (Pillsbury, Madison & Sutro, of San Francisco, Cal., of counsel), for appellee Standard Oil Co.

Max Felix, Marcus Mattson, and Lawler, Felix & Hall, all of Los Angeles, Cal., for appellee Standard Oil Co. of Cal.

Laurence W. Beilenson, William Berger, and Vallee, Beilenson & Kenny, all of Los Angeles, Cal., for appellee W. H. Donahue.

Katie A. Conniff, in pro. per.

Before WILBUR, GARRECHT, and STEPHENS, Circuit Judges.

WILBUR, Circuit Judge.

In these cases the trial court sustained motions to dismiss upon the ground that no substantial federal question was presented by the respective complaints. The action of the trial court was correct. Foster & Kleiser Co. v. Special Site Sign Co., 9 Cir., 85 F.2d 742; Champlin Refining Co. v. Corporation Commission of Oklahoma, 286 U.S. 210, 234, 52 S.Ct. 559, 76 L.Ed. 1062, 86 A.L.R. 403; Levering & Garrigues Co. v. Morrin, 289 U.S. 103, 53 S.Ct. 549, 77 L.Ed. 1062.

The respective judgments are affirmed.